PER CURIAM.

(No. 74-CC-361—Claimant

TEXACO, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed March 25, 1974.*

TEXACO, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-364—Claimant

NASCO, Claimant, *vs.* STATE OF ILLINOIS, NATURAL HISTORY SURVEY, Respondent.

*Opinion filed March 25, 1974.*

NASCO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.